UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAI CI FU,<br><br>    Petitioner,<br><br>v.<br><br>TOM RIDGE, *et al.*,<br><br>    Respondents. | Civil No. 06-CV-794-L(POR)<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE AS MOOT** |

On April 5, 2006, petitioner Hai Ci Fu filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 in case number 06-CV-794[1] seeking release from Department of Homeland Security custody. Petitioner, a citizen of China is under an order of removal based upon prior criminal convictions. Petitioner contends he cannot be removed to his country of origin in the reasonably foreseeable future. Petitioner argues his continued detention beyond the statutory removal period is not lawful on the basis that there is no reasonable likelihood that he can be repatriated to his native China.

---

[1] Also on April 5, 2006, petitioner filed a petition for writ of mandamus, 06-CV-798. Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 with the Ninth Circuit Court of Appeals. On April 18, 2006, the Court of Appeals transferred the case to the district court noting that it lacked jurisdiction to consider a petition for writ of habeas corpus under § 2241 as an original matter. The transferred case was given the case number 06-CV-910. Under the Court's Civil Local Rules, all cases were low numbered to the undersigned. The Court then, *sua sponte*, consolidates the actions under case number 06-CV-794-L(POR).

On October 19, 2006, after the petition was fully briefed, the government filed an updated return which stated that "on or about October 12, 2006, petitioner was released from custody." (Updated Return at 1). The government provided a Release Notification dated October 11, 2006 in support of its statement that petitioner has been released. (Exh. 1, Updated Return). Because petitioner has obtained the relief he sought in his petition for writ of habeas corpus, the petition is now moot.

Based on the foregoing, **IT IS ORDERED** dismissing the above-captioned petition without prejudice as moot. **IT IS FURTHER ORDERED** directing the Clerk of the Court to close this case.

**IT IS SO ORDERED.**

DATED: October 24, 2006

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL